UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JESSIE JAMES DAVIS IV, An Individual<br><br>Plaintiffs,<br><br>v.<br><br>LA SONORA 2010, LLC; and DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No: CV 22-2015−DMG (PDx)<br><br>ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION [16] |

Based on the parties' Joint Stipulation for Dismissal With Prejudice and for good cause shown, this Court hereby dismisses with prejudice the above-captioned action and all defendants named therein, in its entirety. Each of the parties shall bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: August 26, 2022

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE